IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-02003-BNB

ANTOINE GOMIS,
    Petitioner,

v.

U.S. STATE SECRET.,
U.S. ATTORNEY GEN.,
U.S. DHS SECRET., and
U.S. DEFENSE SECRET.,
    Respondents.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

OCT 2 9 2008

GREGORY C. LANGHAM
    CLERK

## ORDER OF DISMISSAL

Petitioner Antoine Gomis initiated this action by filing *pro se* an untitled document in which it appeared that he may be seeking habeas corpus relief. Therefore, in an order filed on September 17, 2008, Magistrate Judge Boyd N. Boland directed the clerk of the Court to commence a civil action and directed Mr. Gomis to cure certain deficiencies if he wished to pursue his claims. Specifically, Magistrate Judge Boland ordered Mr. Gomis to file an Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241 and either to pay the filing fee or to file a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 in a Habeas Corpus Action. Mr. Gomis was warned that the action would be dismissed without further notice if he failed to cure the deficiencies within thirty days.

On September 29, 2008, Mr. Gomis filed a notice of appeal from Magistrate Judge Boland's September 17 order. On October 1, 2008, the United States Court of Appeals for the Tenth Circuit dismissed that appeal for lack of jurisdiction.

Mr. Gomis has failed to cure the deficiencies specified in Magistrate Judge Boland's September 17 order within the time allowed. Therefore, the action will be dismissed without prejudice for failure to cure the deficiencies. Accordingly, it is

ORDERED that the action is dismissed without prejudice for failure to cure the deficiencies.

DATED at Denver, Colorado, this 28 day of Oct. , 2008.

BY THE COURT:

ZITA L. WEINSHIENK, Senior Judge
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 08-cv-02003-BNB

Antoine Gomis
Prisoner No. 4046054-6W209
651 "I" Street
Sacramento, CA 95814

    I hereby certify that I have mailed a copy of the **ORDER AND JUDGMENT** to the above-named individuals on 10/29/08

                                        GREGORY C. LANGHAM, CLERK

                                        By: _____
                                                Deputy Clerk